# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In The Matter of the Complaint of Rainy Lake Houseboats, Inc., for Exoneration from, or Limitation of, Liability. | Civil No. 14-1373 (DWF/LIB)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

This matter came before the Court on a stipulated motion (Doc. No. [66]) by all parties in the above-entitled matter seeking dismissal of the entire case on the grounds that the case has been settled in its entirety.

**IT IS HEREBY ORDERED:**

1. That this case is hereby **DISMISSED**, **WITH PREJUDICE**, upon the merits, and with each party to bear its own costs, fees, and assessments; and

2. That previous Orders of this Court (Doc. Nos. [7] and [17] herein) staying all proceedings in *Scott Anderson, individually and as Trustee for the Heirs and Next-of-Kin of Briggs Anderson, Decedent, Plaintiff v. Hope Evangelical Lutheran Church and Rainy Lake Houseboats, Inc., Defendants,* Otter Tail County Court File No.: 56-cv-14-1234, are lifted and vacated, permitting the parties to dismiss that action and provide therein for an order respecting confidentiality in that proceeding.

Dated:  August 20, 2015            s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge